IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 06-0599
 ((((((((((((((((

 Centerpoint Energy Houston Electric, Llc, Texas Genco, Lp, Petitioners

 v.

 Public Utility Commission of Texas and City of Houston, Lp, Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The joint motion to abate, filed on February 22, 2007, is
granted, and this case is ABATED to allow the parties to proceed with
settlement negotiations.
 2. This case is removed from the Court's active docket until
further order of this Court.

 Done at the City of Austin, this 2nd day of March, 2007.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk